**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KASSIM TAJIDEEN, et al.,<br><br>Defendants. | ) | Criminal Case No. 17–46 (RBW) |

**ORDER**

In accordance with the Court's oral rulings at the status conference held on March 29, 2017, it is hereby

**ORDERED** that defendant Tajideen's Motion to Adjourn Detention Hearing, ECF No. 11, is **GRANTED**. In addition to the representations provided in his motion, the defendant, at the status conference, orally represented that he consents to his continued detention without prejudice and that he waives his right to an in-person hearing or his right to oral or written findings of fact or any oral or written statement of reasons for the detention. The defendant reserved his right to contest his detention at a later date. It is further

**ORDERED** that defendant Tajideen's Motion for Relief, ECF No. 12, is **GRANTED**. The Rappahannock Regional Jail, where defendant Tajideen is being detained, shall conduct a physical examination of the defendant or shall permit a medical doctor to visit the defendant and assess the defendant's current medical condition and provide treatment as necessary. Additionally, the Rappahannock Regional Jail shall permit the defendant to take all medication and vitamins that he has been prescribed and shall allow counsel for the defendant to deliver to the facility for the defendant's consumption the following medications taken from the

defendant's possession upon his arrest: Aspirin, Amlodipine, Atorvastatin, Probiotic Plus, and Centrum. It is further

**ORDERED** that the parties shall appear before the Court for a status conference on April 26, 2017, at 2:00 p.m., during which the defendant's counsel shall provide the Court with an update regarding the existence of any potential conflict of interest regarding their continued representation of the defendant in this matter.

**SO ORDERED** this 3rd day of April, 2017.

REGGIE B. WALTON
United States District Judge